UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

          -V-                                #15 CR 490 (JFK)

        Wilson

------------------------------X

The modification hearing has been adjourned from February 17, 2022 to Tuesday, February 22, 2022 at 11:30 a.m. in Courtroom 20-C

SO ORDERED.

Dated: New York, New York

2-16-22

JOHN F. KEENAN
United States District Judge