DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-18-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - X

U.S.A

-V-

Wilson

- - - - - - - - - - - - - - - - - - - - - - - - X

# 15.cr.490
(JFK)

The conference in this case is adjourned from _February 22, 2022_

to _March 24, 2022_ at _11:15 a.m._ in Courtroom 20-C

SO ORDERED.

Dated:  New York, New York

2-18-22

_John F. Keenan_
JOHN F. KEENAN
United States District Judge